UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIO ANTELO., | Case No. 2:13-cv-01613-MMD-GWF |
| Plaintiff, | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE GEORGE FOLEY, JR. |
| v. | |
| DEPUY SYNTHES PRODUCTS, LLC; DEPUY SYNTHES SALES, INC., | |
| Defendants. | |

Before the Court is the Amended Report and Recommendation of United States Magistrate Judge George Foley, Jr. (dkt. no. 72) ("R&R"), recommending dismissal of this action without prejudice. The deadline to object to the R&R is January 9, 2016. (Dkt. no. 72.) To date, no objection to the R&R has been filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard

of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Foley's R&R. Plaintiff has been given ample opportunity to retain counsel to prosecute this action. Plaintiff's daughter informed the Court in a status report that Plaintiff has not been able to retain counsel and is unable to prosecute this action himself. (Dkt. no. 70.) Accordingly, the Magistrate Judge recommends dismissal of this action without prejudice. (Dkt. no. 72.) Upon reviewing the R&R and records in this case, this Court finds good cause to adopt the Magistrate Judge's R&R in full.

It is therefore ordered, adjudged and decreed that the Amended Report and Recommendation of Magistrate Judge George Foley, Jr. (dkt. no. 72) be accepted and adopted in its entirety.

It is ordered that this case is dismissed without prejudice.

It is further ordered that Defendants' Motion for Summary Judgment (dkt. no. 68) is denied as moot.

The Clerk is directed to close this case.

DATED THIS 22nd day of January 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2